**Order entered January 15, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00957-CR

**KEDRIC DEJUAN ROGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1770756-N**

## ORDER

Before the Court is appellant's January 10, 2020 pro se motion for access to the record in order to file a pro se response to counsel's *Anders* brief. Appellant's motion is **GRANTED.**

We **ORDER** appellate counsel Lawrence B. Mitchell to provide appellant with copies of the clerk's and reporter's records. We **FURTHER ORDER** Mr. Mitchell to provide this Court, within **TWENTY-ONE DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **March 16, 2020**. If appellant does not file a pro se response by March 16, 2020, the appeal will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Hector Garza, Presiding Judge, 195th Judicial District Court; Lawrence B. Mitchell; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Kedric Dejuan Rogers, TDCJ No. 02294619, Holliday Unit, 295 IH-45 North, Huntsville, Texas 77320-8443.

/s/    BILL PEDERSEN, III
JUSTICE